| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ozerden, Halil S | 2. Court or Organization<br><br>U.S. District Court, S.D. Miss | 3. Date of Report<br><br>01/10/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>[X] Nomination,     Date 01/09/2007<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>2909 13th Street, 6th Floor<br>P.O. Drawer W<br>Gulfport, Mississippi 39502 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder/Partner/Attorney | Dukes, Dukes, Keating & Faneca, P.A. |
| 2. President/Chairman | Gulfport Chamber of Commerce |
| 3. Director | Mississippi Gulf Coast Chamber of Commerce, Board of Directors |
| 4. President/Executive Committee | Gulfport Business Club |
| 5. Director | Rotary Club of Gulfport, Mississippi, Board of Directors |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | Dukes, Dukes, Keating & Faneca, P.A., Shareholders agreement with current law firm; requires buyout of shares upon departure from firm |
| 2. 1999 | Dukes, Dukes, Keating & Faneca, P.A., 401k plan with current firm; self-directed investments while an employee of the firm |
| 3. 1999 | Dukes, Dukes, Keating & Faneca, P.A. Profit sharing plan with current firm; no control (plan terminated on 12/15/2006) |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S | 01/10/2007 |

## III. NON-INVESTMENT INCOME.. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Dukes, Dukes, Keating & Faneca, P.A., salary | $ 113,000.00 |
| 2. 2005 | Dukes, Dukes, Keating & Faneca, P.A., car allowance | $ 7,800.00 |
| 3. 2005 | Seisin, LLC, rent/passive income | $ 589.00 |
| 4. 2006 | Dukes, Dukes, Keating & Faneca, P.A., salary | $ 119,854.13 |
| 5. 2006 | Dukes, Dukes, Keating & Faneca, P.A., car allowance | $ 7,800.00 |
| 6. 2006 | Seisin, LLC, rent/passive income | $ 1,000.00 |
| 7. 2006 | Dukes, Dukes, Keating & Faneca, P.A. Profit Sharing Plan termination/closeout | $ 2,660.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed (Realtor), sales commissions |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. EXEMPT | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Bank, N.A. (as successor by merger to Southtrust Bank) | 5% personal guaranty on loan to Seisin, LLC, for purchase of real property located in Gulfport, MS | J |
| 2. USAA Federal Savings Bank | Credit card used for vehicle purchase | K |
| 3. Sallie Mae Servicing | Student loans (law school) | J |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BancorpSouth Bank, bank accounts | A | Interest | K | T | EXEMPT | | | | |
| 2. Navy Federal Credit Union, bank accounts | A | Interest | J | T | | | | | |
| 3. Rental Property #1 (through Seisin) (2005)($260,000) | A | Rent | N | R | | | | | |
| 4. Dukes, Dukes, Keating & Faneca, P.A., shares | | None | L | U | | | | | |
| 5. Dukes, Dukes, Keating & Faneca, P.A., profit sharing | C | Distribution | | | | | | | |
| 6. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 7. Mississippi Affordable College Savings Trust | A | Dividend | J | T | | | | | |
| 8. The Hartford Director Variable Annuity | A | Dividend | J | T | | | | | |
| 9. Brokerage Account #1 (Dukes, Dukes, Keating & Faneca 401k) | | | | | | | | | |
| 10. ---Stifel Nicolaus Money Market | A | Dividend | J | T | | | | | |
| 11. ---Hancock Holding Common Stock | A | Dividend | J | T | | | | | |
| 12. ---McDonald's Corp. Common Stock | A | Dividend | J | T | | | | | |
| 13. ---Microsoft Corp. Common Stock | | None | | | | | | | |
| 14. ---American Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 15. ---DWS Value Series/ Dreman High Return Mutual Fund | A | Dividend | J | T | | | | | |
| 16. ---Eaton Vance Worldwide Health Science Mutual Fund | A | Dividend | J | T | | | | | |
| 17. ---John Hancock U.S. Global Leaders Growth Mutual Fund | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ---John Hancock Classic Value Fund II | A | Dividend | J | T | | | | | |
| 19. ---ING Principal Protection Mutual Fund | A | Dividend | J | T | | | | | |
| 20. ---Munder Mid Cap Core Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 21. Brokerage Account #2 (Stifel Nicolaus Joint Stock Account) | | | | | | | | | |
| 22. ---Stifel Nicolaus Money Market | A | Dividend | J | T | | | | | |
| 23. ---Washington Mutual Investors Mutual Fund | A | Dividend | J | T | | | | | |
| 24. IRA #1 (Stifel Nicolaus IRA) | | | | | | | | | |
| 25. ---Stifel Nicolaus Money Market | A | Dividend | J | T | | | | | |
| 26. ---Capital World Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 27. ---Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 28. ---Hancock Holding Common Stock | A | Dividend | J | T | | | | | |
| 29. MassMutual Permanent Life Insurance | A | Interest | J | T | | | | | |
| 30. State Farm Whole Life Insurance | A | Interest | J | T | | | | | |
| 31. Allstate Universal Life Insurance | A | Interest | J | T | | | | | |
| 32. Southern Farm Bureau Universal Life Insurance | A | Interest | J | T | | | | | |
| 33. Whitney Bank, bank accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | P =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 26 | 000 | Notes payable to banks-secured | | 18 | 620 |
| U.S. Government securities-add schedule | | | 250 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 49 | 122 | Notes payable to relatives | | 44 | 000 |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 3 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 272 | 000 |
| Real estate owned-add schedule | | 350 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | Vehicle loan | | 22 | 095 |
| Cash value-life insurance | | 22 | 678 | Student loan | | 3 | 929 |
| Other assets itemize: | | | | | | | |
| 5% Interest in Investment real estate | | 13 | 099 | | | | |
| Value of shares in law firm | | 56 | 553 | | | | |
| | | | | Total liabilities | | 363 | 644 |
| | | | | Net Worth | | 229 | 058 |
| Total Assets | | 592 | 702 | Total liabilities and net worth | | 592 | 702 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 13 | 099 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |